**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KRISTI MAURER, individually**
**And as parent and next friend of**
**BENJAMIN ELLIS MAURER, a minor**
**And BENJAMIN ELLIS MAURER, INDIVIDUALLY**                          **PLAINTIFFS**

**vs.**                                                    **CASE NO.**

**WERNER ENTERPRISES, INC.,**
**TIMOTHY JAY BELL**
**and JOHN DOES 1-3**                                                     **DEFENDANTS**

### JOINT NOTICE OF REMOVAL AND JURY DEMAND

Defendants Werner Enterprises, Inc., and Timothy Jay Bell, by and through counsel, Mayer

LLP, for their Joint Notice of Removal, states:

1.      Plaintiff filed a Complaint in the Circuit Count of Washington County, Arkansas,

on June 17, 2022.

2.      Separate Defendant Werner Enterprises, Inc., was served with the Summons and

Complaint on June 23, 2022.

3.      Separate Defendant Timothy Jay Bell was served with the Summons and Complaint

through the undersigned counsel on July 15, 2022 and joins in this Removal.

4.      This Notice of Removal is being filed within 30 days of service on the Defendants

and is timely. 28 U.S.C. § 1446(b).

5.      Pursuant to 28 U.S.C. § 1446(a) Defendants attach to this Notice copies of all

"process, pleadings and orders served" on Defendants in the state court action. Exhibit 1.

6.      This action is properly removed to this Court, as this district and division embraces

the place where the Complaint is pending *see* 28 U.S.C. § 1441.

7.      According to the Complaint, both Plaintiff Kristi Maurer, and Plaintiff Benjamin Maurer, are citizens of the State of Arkansas.

8.      Separate Defendant, Werner Enterprises, Inc., is a foreign corporation organized and existing under the laws of the State of Nebraska with its principal place of business located in Omaha, Nebraska. Separate Defendant Timothy Jay Bell is a citizen of the State of Texas.

9.      According to the Complaint, both Plaintiffs are deemed citizens of Arkansas. Separate Defendant Werner Enterprises, Inc., is a citizen of Nebraska, and Separate Defendant Timothy Jay Bell is a citizen of Texas.

10.     The citizenship of Defendants filed under fictitious names shall be disregarded when removal is based on diversity of citizenship. 28 U.S.C. § 1441(b).

11.     Consequently, complete diversity exists between Plaintiffs and Defendants.

12.     Defendants deny that Plaintiffs are entitled to relief. Nevertheless, Plaintiffs' Complaint requests damages against Defendants in an amount "in excess of that required for federal court jurisdiction in diversity of citizenship cases." *See* Complaint, Paragraph 93.

13.     Under 28 U.S.C. § 1446(c)(2), if removal of a civil action is sought on the basis of jurisdiction conferred by 28 U.S.C. § 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy.

14.     This action is removable pursuant to 28 U.S.C. § 1441(a). It is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that there is complete diversity between all parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

15.     Defendant requests a trial by jury on all appropriate issues for the jury.

WHEREFORE, Defendant Werner Enterprises, Inc., and Timothy Jay Bell remove the state court action from the Circuit Court of Washington County, Arkansas, to this Court and request that this Court take jurisdiction of this civil action to the exclusion of any further proceedings in the state court.

Respectfully submitted,

J. Barrett Deacon (2001201)
MAYER LLP
2434 E. Joyce Blvd., Suite 6
Fayetteville, AR 72703
(479) 396-2060 phone
(479) 396-2059 fax
bdeacon@mayerllp.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, J. Barrett Deacon, hereby certify that on this 19th day of July 2022 I have served the foregoing pleading via electronic mail on the following attorney of record:

Bryce Brewer
John Rainwater
Rainwater Holt & Sexton PA
PO Box 17250
Little Rock, AR 72222

*J. Barrett Deacon*